UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-16763-BKC-RAM
CHAPTER 13

IN RE:
ORALDO E. GONZALEZ
and MAVEL MIJARES
    Debtors.
                          /

**DEBTORS' MOTION TO VACATE ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO 11 FILED BY NPRTO FLORIDA, LLC**

      The Debtors, ORALDO E. GONZALEZ and MAVEL MIJARES, by and through their undersigned attorney, move this Honorable Court for an Order Vacating the Order Sustaining Debtors' Objection to Claim No 11 filed by NPRTO Florida, LLC [ECF 82] and state:

      1.    NPRTO Florida, LLC, filed an unsecured claim, claim number 11, in the amount of $1,296.28.  This claim is a "lease to own".

      2.    On September 9, 2021, the Debtors filed a Objection to Claim number 11 filed by NPRTO Florida, LLC [ECF 43] and this Court entered an Order Sustaining Debtors' Objection to Claim No 11 filed by NPRTO Florida, LLC [ECF. 82], on November 2, 2021, allowing the claim to be paid outside the plan with no distribution from the Chapter 13 Trustee.

      3.    The Debtors intend to vacate the Order Sustaining Debtors' Objection to Claim No 11 filed by NPRTO Florida, LLC [ECF 82], as the Debtors are no longer in possession of the jewelry.

WHEREFORE, the Debtors request that this Honorable Court vacate the Order Sustaining Debtors' Objection to Claim No 11 filed by NPRTO Florida, LLC, [ECF. 82] dated November 2, 2021 and allow the claim as a general unsecured claim and grant any other relief as this Court deems justified.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, and those set forth in the NEF, this 16th day of December 2021 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to NPRTO Florida, LLC, 256 West Data Drive, Draper, UT 84020, Prog Leasing, LLC, Attn: 1059, Post Office Box 35146, Seattle, WA 98124-5146 and NPRTO Florida, LLC, c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 32301.

LAW OFFICES OF MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 •
10 Northwest LeJeune Road
North Miami, FL  33161-5523
Telephone      (305) 443-4217
Email- Pleadings@bkclawmiami.com

By  /s/ Michael A. Frank
       Michael A. Frank
       Florida Bar No. 339075